# Composite Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BLAIRE STANLEY ,

CASE NO. 9:14-CV-80284-DMM

Plaintiff,

vs.

KANSAS COUNSELORS OF KANSAS CITY,
AND UNKNOWN OTHERS,

Defendants. /

**DECLARATION OF STEVE TOMAC**

I, Steve Tomac, hereby state the following under penalty of perjury:

1. I am the Director of Compliance for Kansas Counselors of Kansas City, Inc. ("Kansas Counselors").

2. I am over the age of 18 and this affidavit is based upon my personal knowledge and investigation of the matters set forth herein.

3. I have reviewed the Plaintiff's Verified First Amended Complaint and Motion for Summary Judgment, including her Affidavit in Support of Summary Judgment.

4. I have also overseen the search for Kansas Counselors' records related to the Plaintiff's claims asserted in this lawsuit, including the accounts and the allegations at issue.

5. I have reviewed all of the records of Kansas Counselors for Blaire Stanley related to the accounts and the allegations at issue.

6. For the accounts at issue in this lawsuit, Kansas Counselors has acted at all times as a collector for the obligations owed by a Blaire Stanley to various medical providers for medical treatment Blaire Stanley received in Missouri.

7. On or about July 11, 2011, Kansas Counselors was referred for collection an obligation owed to Physicians Reference Lab in the amount of $90.98 related to a date of service for medical services performed on November 12, 2010. The client's account number used by Physicians Reference Lab for the debt was 2117975. The account number used by Kansas Counselors for the debt was xxx2932278 (the account number referenced in Ms. Stanley's dispute letter attached to the operative Complaint). On or about July, 11, 2011, an initial notice letter notifying Ms. Stanley that the account had been referred to Kansas Counselors for collection was mailed to Blaire Stanley at 11315 Grandview Rd., Apt A312, Kansas City Mo, 64137, which was the address provided to Kansas Counselors when the account was referred. A copy of the initial notice letter is attached as Exhibit A.

8. On or about June 8, 2011, Kansas Counselors was referred for collection an obligation owed to St. Joseph Medical Center in the amount of $513.03 related to a date of service for medical services performed on November 4, 2010. The client's account number used by St. Joseph Medical Center for the debt was 30593768. The account number used by Kansas Counselors for the debt was xxx2898988 (the account number referenced in Ms. Stanley's dispute letter attached to the operative Complaint). On or about June 8, 2011, an initial notice letter notifying Ms. Stanley that the account had been referred to Kansas Counselors for collection was mailed to Blaire Stanley at 11315 Grandview Rd., Apt A312, Kansas City Mo, 64137, which was the address provided to Kansas Counselors when the account was referred. A copy of the initial notice letter is attached as Exhibit B.

9. On or about September 21, 2011, Kansas Counselors was referred for collection an obligation owed to St. Joseph Medical Center in the amount of $854.75 related to a date of service for medical services performed on October 28, 2010. The client's account number used

by St. Joseph Medical Center for the debt was 30573497. The account number used by Kansas Counselors for the debt was xxx3016312 (the account number referenced in Ms. Stanley's dispute letter attached to the operative Complaint). On or about September 21, 2011, an initial notice letter notifying Ms. Stanley that the account had been referred to Kansas Counselors for collection was mailed to Blaire Stanley at 11315 Grandview Rd., Apt A312, Kansas City Mo, 64137, which was the address provided to Kansas Counselors when the account was referred. A copy of the initial notice letter is attached as Exhibit C.

10. Kansas Counselors has no records indicating that the three initial letters identified above were returned as undeliverable.

11. Kansas Counselors has no records indicating that Ms. Stanley disputed any of the three account obligations above at any time between June 2011 and late December 2013.

12. On or after December 30, 2013, Kansas Counselors received a letter dated December 23, 2013 from a Blaire Stanley requesting "verification" or "validation" information related to the 3 accounts identified above, and also purporting to dispute the three accounts referenced above, all of which she claimed were inaccurately reported in a credit report issued by someone else. I believe the letter received is the same letter Plaintiff alleges that she mailed on December 26, 2013.

13. After receipt of the letter from Ms. Stanley, Kansas Counselors internally marked the accounts as disputed on or about January 2, 2014, and requested statements for the services rendered for the three accounts from the respective medical provider creditors. Thereafter, on or about January 17, 2014, the accounts were also reported as disputed to the consumer reporting agencies that Kansas Counselors furnished information.

14. On or about January 22 or 23, Kansas Counselors subsequently received the statements of services rendered for the three accounts identified above, and subsequently processed the statements, which were mailed to Ms. Stanley in early February 2014 via certified mail, which postal records reveal that Ms. Stanley received on February 12, 2014. Copies of the letter and statements are attached as Composite Exhibit D.

15. Prior to receipt of Ms. Stanley's December 23, 2013 request for validation of the three accounts identified above, Kansas Counselors has no records requesting any validation for any of the accounts at issue in the litigation.

16. Kansas Counselors has no records of any notification from any consumer reporting agency that Ms. Stanley ever disputed the three accounts referenced above with any consumer reporting agency the information furnished by Kansas Counselors.

17. Kansas Counselors has never been provided a copy of the credit report Ms. Stanley relies upon to claim that the information furnished on the three accounts referenced above is inaccurate.

18. Kansas Counselors has not been notified by either Physicians Reference Lab or St. Joseph Medical Center that the three obligations referenced above have been paid or extinguished.

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that the foregoing statements are true and correct.

*/s/ Steve Tomac*
Steve Tomac
Director of Compliance
Kansas Counselors of Kansas City, Inc.

Executed: May 27, 2014

# Exhibit A

# Kansas Counselors, Inc.

KCI
PO BOX 14765
SHAWNEE MISSION KS 66285-4765

July 11, 2011

**MasterCard/Visa Credit Card Payment Information**
**[ ] MasterCard [ ] Visa**
**Account Number:** ______________________
***Card Verification Number:** ______________________
**Expiration Date:** ______________________
**Amount to be Applied to Card : $** ______________________
**Cardholder Signature (Print Name Below Line)**

______________________________________

RETURN SERVICE REQUESTED

2932278
BLAIRE STANLEY
11315 GRANDVIEW RD APT A312
KANSAS CITY MO 64137-2648

KCI
PO BOX 14765
SHAWNEE MISSION, KS 66285-4765

*Card Verification Number: 3-digit number on back of card appearing to the right of your card number.

(DETACH HERE)
REMIT TOP PORTION WITH PAYMENT

YOU OWE:

| CLIENT NAME<br>ACCOUNT # | SERVICED | DEBT AMOUNT | REMAINING BALANCE |
|---|---|---|---|
| PHYSICIANS REFERENCE LAB<br>2117975 | 11/12/10 | 90.98 | 90.98 |

THE ABOVE ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION. Your balance due is shown above.

WE EXPECT PAYMENT IN FULL WITHIN -30- DAYS OF RECEIPT OF THIS LETTER. Your cooperation will defer further collection efforts.

Unless you notify this office within 30 days after receiving this notice, that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing, within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt, or obtain a copy of a judgment if you have one and mail you a copy of such judgment or verification. IF you request this office, in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Our address is: Kansas Counselors, Inc. P.O. Box 14765 Shawnee Mission, Ks. 66285 This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Kansas Counselors charges a $25.00 returned check fee, or the maximum allowable by state law.

# Exhibit B

# Kansas Counselors, Inc.

KCI
PO BOX 14765
SHAWNEE MISSION KS 66285-4765

June 8, 2011

**MasterCard/Visa Credit Card Payment Information**
**[ ] MasterCard [ ] Visa**
**Account Number:** ____________________
***Card Verification Number:** ____________________
**Expiration Date:** ____________________
**Amount to be Applied to Card : $** ____________________
**Cardholder Signature (Print Name Below Line)**

____________________

RETURN SERVICE REQUESTED

2898988
BLAIRE STANLEY
11315 GRANDVIEW RD APT A312
KANSAS CITY MO 64137-2648

KCI
PO BOX 14765
SHAWNEE MISSION, KS 66285-4765

*Card Verification Number: 3-digit number on back of card appearing to the right of your card number.

(DETACH HERE)
REMIT TOP PORTION WITH PAYMENT

YOU OWE:

| CLIENT NAME<br>ACCOUNT # | SERVICED | DEBT AMOUNT | REMAINING BALANCE |
|---|---|---|---|
| ST JOSEPH MEDICAL CENTER.<br>30593768 | 11/04/10 | 513.03 | 513.03 |

THE ABOVE ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION. Your balance due is shown above.

WE EXPECT PAYMENT IN FULL WITHIN -30- DAYS OF RECEIPT OF THIS LETTER. Your cooperation will defer further collection efforts.

Unless you notify this office within 30 days after receiving this notice, that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing, within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt, or obtain a copy of a judgment if you have one and mail you a copy of such judgment or verification. IF you request this office, in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Our address is: Kansas Counselors, Inc. P.O. Box 14765 Shawnee Mission, Ks. 66285 This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Kansas Counselors charges a $25.00 returned check fee, or the maximum allowable by state law.

**913-541-9925 • 1-800-270-2429**
**PO Box 14765 Shawnee Mission, KS 66285-4765**

Collection Specialists

KCI001-0608-160408081 788

# Exhibit C

# Kansas Counselors, Inc.

KCI
PO BOX 14765
SHAWNEE MISSION KS 66285-4765

September 21, 2011

**MasterCard/Visa Credit Card Payment Information**
**[ ] MasterCard [ ] Visa**
**Account Number:** ____________________
***Card Verification Number:** ____________________
**Expiration Date:** ____________________
**Amount to be Applied to Card : $** ____________________
**Cardholder Signature (Print Name Below Line)**
____________________

RETURN SERVICE REQUESTED

3016312
BLAIRE STANLEY
11315 GRANDVIEW RD APT A312
KANSAS CITY MO 64137-2648

KCI
PO BOX 14765
SHAWNEE MISSION, KS 66285-4765

*Card Verification Number: 3-digit number on back of card appearing to the right of your card number.

(DETACH HERE)
REMIT TOP PORTION WITH PAYMENT

YOU OWE:

| CLIENT NAME / ACCOUNT # | SERVICED | DEBT AMOUNT | REMAINING BALANCE |
|---|---|---|---|
| ST JOSEPH MEDICAL CENTER. 30573497 | 10/28/10 | 854.75 | 854.75 |

THE ABOVE ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
Your balance due is shown above.

WE EXPECT PAYMENT IN FULL WITHIN -30- DAYS OF RECEIPT OF THIS LETTER.
Your cooperation will defer further collection efforts.

Unless you notify this office within 30 days after receiving this notice, that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing, within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt, or obtain a copy of a judgment if you have one and mail you a copy of such judgment or verification. IF you request this office, in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Our address is: Kansas Counselors, Inc. P.O. Box 14765 Shawnee Mission, Ks. 66285 This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Kansas Counselors charges a $25.00 returned check fee, or the maximum allowable by state law.

913-541-9925 · 1-800-270-2429
PO Box 14765 Shawnee Mission, KS 66285-4765

Collection Specialists

KCI001-0921-188363393 3418

# Exhibit D



*Kansas Counselors, of Kansas City Inc.*

February 6, 2014

Blaire Stanley
440 W 34th Street
Riviera Beach, FL 33404

Re: Account Validation Statements

Ms. Blaire Stanley,

Please find attached copies of the requested statements for account numbers: 111210600022932278, 11041060002898988 and 10281060003016312.

This communication is from a debt collector.

Kansas Counselors of Kansas City, Inc.
913-541-9925



1

FINAL

| Patient Name | Patient Account Number | Admit Date | Discharge Date | Statement Date |
|---|---|---|---|---|
| STANLEY, BLAIRE | 30573497 | 10/28/10 | | 11/05/10 |

Guarantor: STANLEY, BLAIRE
11315 GRANDVIEW APT A312
RETURNED MAIL, 06/17/2011
KANSAS CITY MO 64137-2648

BLUE CROSS out of AREA

| Service Date | Procedure | Description | Qty | Amount |
|---|---|---|---|---|
| 10/28/10 | | | 1 | 444.00 |
| 10/28/10 | | | 1 | 410.75 |
| | | | | 854.75 |

30573497

854.75
0.00
854.75

1000 Carondelet Drive, Kansas City, MO 64114
Business Office Hours: Mon – Fri 7:00 am. – 5:30 pm, Phone:816-943-2192, Fax:816-943-2620

St. JOSEPH
MEDICAL CENTER
Carondelet Health • a member of Ascension Health

1

FINAL

| Patient Name | Patient Account Number | Admit Date | Discharge Date | Statement Date |
|---|---|---|---|---|
| STANLEY, BLAIRE | 30593768 | 11/04/10 | | 11/20/10 |

Guarantor: STANLEY, BLAIRE
11315 GRANDVIEW APT A312
RETURNED MAIL, 06/17/2011
KANSAS CITY MO 64137-2648

BLUE CROSS out of AREA

| Service Date | Procedure | Description | Qty | Amount |
|---|---|---|---|---|
| 11/04/10 | | | 1 | 23.32 |
| 11/04/10 | | | 4 | 144.97 |
| 11/04/10 | | | 1 | 23.74 |
| 11/04/10 | | | 1 | 27.22 |
| 11/04/10 | | | 1 | 65.13 |
| | | | | 284.38 |
| 11/04/10 | | | 1 | 106.18 |
| 11/04/10 | | | 1 | 17.55 |
| 11/04/10 | | | 1 | 83.50 |
| | | | | 207.23 |
| 11/04/10 | | | 1 | 84.75 |
| 11/04/10 | | | 1 | 106.25 |
| 11/04/10 | | | 1 | 118.50 |
| 11/04/10 | | | 1 | 112.25 |
| 11/04/10 | | | 1 | 112.25 |
| 11/04/10 | | | 1 | 12.25 |
| | | | | 546.25 |
| 11/04/10 | | | 32 | 1891.20 |
| | | | | 1891.20 |
| 11/04/10 | | | 1 | 284.50 |
| 11/04/10 | | | 38 | 152.00 |
| | | | | 436.50 |
| 11/04/10 | | | 1 | 57.63 |
| 11/04/10 | | | 1 | 22.30 |
| 11/04/10 | | | 1 | 24.29 |
| 11/04/10 | | | 2 | 69.26 |
| | | 30593768 | | |



2

FINAL

| Patient Name | Patient Account Number | Admit Date | Discharge Date | Statement Date |
|---|---|---|---|---|
| STANLEY,BLAIRE | 30593768 | 11/04/10 | | 11/20/10 |

Guarantor: STANLEY,BLAIRE
11315 GRANDVIEW APT A312
RETURNED MAIL,06/17/2011
KANSAS CITY MO 64137-2648

BLUE CROSS out of AREA

| Service Date | Procedure | Description | Qty | Amount |
|---|---|---|---|---|
| 11/04/10 | | | -2 | -69.26 |
| 11/04/10 | | | 1 | 21.72 |
| 11/04/10 | | | 4 | 252.75 |
| 11/04/10 | | | 1 | 24.91 |
| 11/04/10 | | | 1 | 23.67 |
| 11/04/10 | | | 1 | 22.96 |
| 11/04/10 | | | 1 | 25.03 |
| 11/04/10 | | | 1 | 215.25 |
| | | | | 690.51 |
| 11/04/10 | | | 2 | 13.57 |
| | | | | 13.57 |
| 11/04/10 | | | 66 | 511.50 |
| | | | | 511.50 |
| 12/20/10 | | | 1 | -2015.70 |
| 12/20/10 | | | 1 | -2052.41 |
| | | | | -4068.11 |
| | | 30593768 | | 4581.14<br>-4068.11<br>513.03 |

PHYSICIANS REFERENCE LABORATORY, LLC
7800 W. 110TH STREET
OVERLAND PARK KS 66210

Billing Questions: Please call (913) 661-0099

☐ VISA ☐ MASTERCARD ☐ DISCOVER ☐ AMERICAN EXPRESS

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 01/22/2014 | $0.00 | 2117975 |

PAGE # 1 | SHOW AMOUNT PAID HERE $

BLAIRE STANLEY
11315 GRANDVIEW RD
A312
KANSAS CITY MO 64137

PHYSICIANS REFERENCE LABORATORY, LLC
PO BOX 879593
KANSAS CITY MO 64187
(913) 661-0099

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

| DATE | UNITS | PROCEDURE CODE | DESCRIPTION | CHARGE | PAYMENT OR ADJUSTMENT |
|---|---|---|---|---|---|
| 11/12/10 | 1 | [redacted] | [redacted] | $98.00 | |
| | | | Blue Cross Blue Shield Denial: Deductible Amount | | |
| | | | Blue Cross Blue Shield Payment | | 0.00 |
| | | | Blue Cross Blue Shield Deductible $45.49 | | |
| | | | Adj: COLLECTIONS | | -45.49 |
| | | | Adj: Contractual Allowance | | -52.51 |
| 11/12/10 | 1 | [redacted] | [redacted] | $98.00 | |
| | | | Blue Cross Blue Shield Denial: Deductible Amount | | |
| | | | Blue Cross Blue Shield Payment | | 0.00 |
| | | | Blue Cross Blue Shield Deductible $45.49 | | |
| | | | Adj: COLLECTIONS | | -45.49 |
| | | | Adj: Contractual Allowance | | -52.51 |

Pay your bill online at: www.prlnet.com. From the website select Billing Services, Pay Your Bill, then enter the Account Number and Patient Last Name. A receipt will generate upon completion of the transaction. This statement is for laboratory testing requested by your physician.

For questions, please contact our Billing Department at 913-661-0099 (877-775-0099) available Monday through Friday 9am-5pm. At PRL, we care for our Patients and appreciate the opportunity to provide you with quality laboratory services.

| Patient Name: | Patient Account Number: | Referring Physician: | Amount Due: |
|---|---|---|---|
| BLAIRE STANLEY | 2117975 | CARON D GUTOVITZ, MD | $0.00 |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Blaire Stanley
440 W. 34th Street
Riviera Beach, FL
33404

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) Blair Stanley, Blair

C. Date of Delivery 12/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WEST PALM BEACH / RIVIERA BEACH

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7002 2030 0001 3220 6204

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540