UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80284-CIV-MIDDLEBROOKS/BRANNON

BLAIRE STANLEY,

    Plaintiff,

vs.

KANSAS COUNSELORS OF KANSAS CITY, *et al.*,

    Defendant.

_____/

## ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* [DE 48] ("Motion"), filed on October 14, 2014.

Determinations concerning applications to proceed *in forma pauperis* are governed by 28 U.S.C. § 1915. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004); *Brown v. Pena*, 441 F. Supp. 1382, 1384 (S.D. Fla. 1977). When considering a motion filed pursuant to § 1915(a), district courts should accept affidavits addressing the statutory language, absent any serious misrepresentations. Affidavits need not show that the litigant is "absolutely destitute" to qualify for indigent status under § 1915. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 338–40 (1948). Such an affidavit will be held sufficient if it represents that the litigant, because of her poverty, is unable to pay for the court fees and costs, and to support and provide necessities for herself and her dependents. *Id.* at 339.

However, district courts must review the issues to be raised on appeal in applications to appeal *in forma pauperis* and dismiss actions that are frivolous, malicious, or fail to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B). An action is considered frivolous if it lacks an "arguable basis in

1

law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 104 L. Ed.2d 338 (1989), or where "it appears the plaintiff has little or no chance of success." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993). A district court's authority to dismiss an action as frivolous under Section 1915(e) is broader than its authority under Rule 12 of the Federal Rules of Civil Procedure. *Sun v. Forrester*, 939 F. 2d 924, 925 (11th Cir. 1991).

Having carefully considered the Motion for Permission to Appeal *In Forma Pauperis*, the Court finds that the issues Plaintiff intends to raise on appeal do not sufficiently state a claim upon which relief may be granted under 8 U.S.C. § 1421(c). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* [DE 48] is **DENIED.**

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 22 day of October, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

2